UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: | ) |
| | )CHAPTER 7 |
| DANA MICHELLE BAXTER, | ) |
| | )CASE NO. 19-40089BEM |
| | ) |
| Debtor. | )(HONORABLE BARBARA ELLIS-MONROE) |
| | ) |

## TRUSTEE'S RESPONSE IN OPPOSITION TO NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER'S MOTION FOR RELIEF FROM AUTOMATIC STAY

Comes now, Thomas D. Richardson, Trustee in bankruptcy for the above-named Debtor, by and through his undersigned attorneys, and files this Response in Opposition to Nationstar Mortgage LLC d/b/a Mr. Cooper's ("Nationstar") Motion for Relief from Automatic Stay ("Motion") (Doc. 10) showing the Court as follows:

1.

Nationstar asserts in the Motion that (a) pursuant to a certain Security Deed, it holds an interest in certain property of the Debtor known as 279 Whitby Drive, Douglasville, Paulding County, Georgia 30134 ("Property"), (b) "as of January 15, 2019, the outstanding amount of the obligation (to Nationstar) less any partial payments or suspense balance was $166,619.87", (c) the estimated market value of the Property is $145,000.00 based on the valuation in Debtor's Schedules, and (d) cause exists for relief from the automatic stay on the basis that Nationstar's interest in the Property is not adequately protected and that its interest in the Property is not protected by an adequate equity cushion.

2.

Notwithstanding Nationstar's assertions in its Motion, Trustee received the attached letter from BK Global asserting that Nationstar reached out to BK Global to sell the Property in

356392.1

bankruptcy in lieu of foreclosure, and in the "Official Notice" directed to Thomas D. Richardson as Trustee, by BK Global on behalf of Nationstar, it is asserted that the value of the Property is $210,400.00. Based on the information in BK Global's letter to the Trustee, Nationstar's assertion of cause existing for termination of the automatic stay because of a lack of equity based on a $145,000.00 value is disingenuous at best and in Trustee's opinion seriously misleading to the Court.

3.

Upon information and belief, the Property has value far in excess of $145,000.00; furthermore, upon information and belief, the Property has value more than sufficient to provide Nationstar with an equity cushion as adequate protection for its interest in the Property.

Wherefore, the Trustee prays that Nationstar's Motion be denied, that Nationstar be denied its request for attorney's fees and costs, and that the Trustee be granted such other and further relief as may be just and proper under the premises.

BRINSON, ASKEW, BERRY, SEIGLER,
RICHARDSON & DAVIS, LLP

By: _____
Thomas D. Richardson
Georgia Bar No: 604313
Attorney for Trustee in bankruptcy for the
estate of Dana Michelle Baxter

P.O. Box 5007
Rome, Georgia 30162-5007
(706) 291-8853
trichardson@brinson-askew.com

356392.1



BK Global
1095 Broken Sound Pkwy., NW, Suite 100
Boca Raton FL 33487

Thomas D. Richardson, Trustee
P.O. Box 5007
Rome, GEORGIA 30162

## OFFICIAL NOTICE – PLEASE KEEP ON FILE

**Case number:** 19-40089-BEM
**Debtor name:** DANA MICHELLE BAXTER
**Property address:** 279 WHITBY DR, DOUGLASVILLE, GA 30134
**Asset Value:** $210,400.00
**Days Delinquent:** 143
**341(a) Hearing Date:** 2/21/2019

Thomas D. Richardson, Trustee,

The secured creditor, Mr. Cooper, reached out to BK Global because of our success with selling bankruptcy properties. Mr. Cooper would prefer to sell the property in bankruptcy in lieu of foreclosure.

**The secured creditor is willing to consent to a sale and pay a carve-out bringing meaningful distribution to the estate.** Real Estate commissions and closing costs are paid separate from the carve-out.

This property has been surrendered which makes it a good candidate to sell through our program.

I need to get back to the secured creditor as soon as possible with your response.

Please reply to this email or call (855) 658-1254 Ext. 703 to discuss.

Sincerely,

Brad Geisen, CEO
BK Global
bgeisen@bkginc.com

1095 Broken Sound Pkwy NW, Suite 100 Boca Raton, FL 33487

## CERTIFICATE OF SERVICE

I, THOMAS D. RICHARDSON, of Brinson, Askew, Berry, Seigler, Richardson & Davis, LLP, do hereby certify that I am attorney for the Trustee in bankruptcy for Dana Michelle Baxter and that I have this day served a copy of the within and foregoing **Trustee's Response in Opposition to Nationstar Mortgage LLC, d/b/a Mr. Cooper's Motion for Relief from Automatic Stay** by U. S. Mail in a properly addressed postage pre-paid envelope as follows:

Dana Michelle Baxter
279 Whitby Drive
Douglasville, GA 30134

Brian R. Cahn, Esquire
Brian R. Cahn and Associates, LLC
5 S. Public Square
Cartersville, GA 30120

Lisa F. Caplan
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071

Martin P. Ochs, Esquire
Office of the U. S. Trustee
Room 362, Richard B. Russell Bldg.
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

This _25_ day of February, 2019.

BRINSON, ASKEW, BERRY, SEIGLER,
RICHARDSON & DAVIS, LLP

By: _____
Thomas D. Richardson
Georgia Bar No: 604313
Attorney for Trustee in bankruptcy for the
estate of Dana Michelle Baxter

P.O. Box 5007
Rome, Georgia 30162-5007
(706) 291-8853
trichardson@brinson-askew.com

356392.1